JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Hector Casillas**, | Case No. CV 15-04763 AG (JEMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Berkshire Hathaway Homestate Companies et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated: June 27, 2017

Hon. Andrew J. Guilford
United States District Judge